UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-676 PAM/JSM

| | |
|---|---|
| HOLLY HEIKKINEN, | |
| Plaintiff, | |
| v. | **ORDER OF REMAND UNDER SENTENCE FOUR**, 42 U.S.C. § 405(g) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See Shalala v. Schaefer, 509 U.S. 292, 296 (1993); Melkonyan v. Sullivan, 501 U.S. 89, 97-98 (1991).

Upon remand, the ALJ will consider the new evidence (Tr. 499, etc.); obtain supplemental medical expert evidence; and explain the weight given to the medical source opinions.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Procedure.

SO ORDERED this  18th  day of   Janury  , 20 11 .

 s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge